No. 87–1385. RAMPP ET UX. *v.* LUZERNE COUNTY ASSESS-MENT AND VALUATION BOARD. Pa. Commw. Ct. Certiorari denied.

No. 87–1388. ATONIO ET AL. *v.* WARDS COVE PACKING CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1397. PYRO MINING CO. *v.* SMITH. C. A. 6th Cir. Certiorari denied.

No. 87–1407. CITY OF PHILADELPHIA ET AL. *v.* DISABLED IN ACTION OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–1411. NEW ENGLAND INSURANCE CO. *v.* INTERNA-TIONAL BANK OF MIAMI, N. A. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 87–1429. SOUTHWESTERN BELL TELEPHONE CO. *v.* AR-KANSAS PUBLIC SERVICE COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–1436. SAMPSON *v.* WEIDELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–1443. LONSDALE ET UX. *v.* CAGLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1470. COLE ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–1475. ANCHOR ESTATES, INC., ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–5962. BRYANT *v.* MARSH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 87–6075. CONARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6080. BURR *v.* NEW YORK. Ct. App. N. Y. Certio-rari denied.

No. 87–6186. SANTISTEVAN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.